# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0333

VERSUS

IRVIN JONES                                           **APRIL 26, 2021**

---

In Re:     Irvin Jones, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 06-07-0036.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

                          **JMG**
                          **PMc**
                          **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT